

# Fourth Court of Appeals
## San Antonio, Texas

February 7, 2020

No. 04-19-00435-CV

Jerold **GIVENS** and Dinah Givens, Individually and as Representatives of the Estate of James Douglas Givens, Deceased, Beverly Brown, Johnny Scott Brown, Andrew Brown, Individually and as Representatives of the Estate of Johnnie Lee Brown, Shannon Brown, and Wesley Brown, Appellants

v.

**SALATIEL POLANCO** d/b/a D&C Trucking, Highway Barricades and Services, LLC, Anderson Columbia Co., Inc., Flasher Equipment Co., and D.I.J. Construction, Inc., Appellees

From the 293rd Judicial District Court, Maverick County, Texas
Trial Court No. 15-03-31056-MCV
Honorable Cynthia L. Muniz, Judge Presiding

## O R D E R

Appellee's brief was originally due January 15, 2020. The appellee's first motion for extension of time was granted, extending the deadline for filing the brief to February 14, 2020. On February 6, 2020, the appellee filed a motion requesting an additional extension of time to file the brief until March 16, 2020, for a total extension of sixty days. After consideration, we **GRANT** the motion and **ORDER** appellee to file its brief **by March 16, 2020.**

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of February, 2020.

_____
MICHAEL A. CRUZ,
Clerk of Court